UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                            Case No. 11-20551-54

WILLLIAM SMITH

        Defendant.,

_____/

### ORDER FOR RESPONSE

On May 13, 2015, Defendant William Smith stated his Objections to the

Presentence Report.  In addition, Defendant filed a "Motion to Adopt Rule 11 Plea

Agreement Guideline Scoring...." on April 28, 2015.  Government is required to submit

its response to the motion and objections and proffers of evidence to the objections of

the defendant.  Therefore,

**Government's response to the Defendant's motion is due by July 7, 2015;**

**the response to the objections are to be submitted to the probation officer by July**

**14, 2015 and sentencing is adjourned until August 4, 2015 at 2:30 pm.**

                                      S/Robert H. Cleland_____
                                    ROBERT H. CLELAND
                                    UNITED STATES DISTRICT JUDGE

Dated:  May 28, 2015

I hereby certify that a copy of the foregoing document was mailed to pro se parties and counsel of record on this date, May 28, 2015, by electronic and/or ordinary mail.

 S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522